## Martin J. Hecht, Inc., Appellee, v. Frank Steigerwald, Appellant.

Gen. No. 40,698.

opinion filed December 13, 1939. Charles A. Bellows, for appellant; Aaron Soble, for appellee; Max Chill and Jerome S. Klein, of counsel. Opinion by JUSTICE BURKE. "Not to be published in full."